United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **TEMUR PUKHAEV,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01755** |
| | § | |
| **MARKWAYNE MULLIN, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Petitioner Temur Pukhaev's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

Upon review of the Petition, the Court has identified that Petitioner previously filed two habeas petitions. (*See id.* at 8; 5:25-cv-00240, Dkt. 1; 5:26-cv-00414, Dkt. 1). The Respondent is **ORDERED** to file supplemental briefing addressing what effect the two prior habeas petitions have on the relief Petitioner currently seeks **on or before November 16, 2026.**

**IT IS SO ORDERED.**

SIGNED this November 9, 2026.

Diana Saldaña
United States District Judge